FILED
IN OPEN COURT

AUG 10 2021

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:21CR54 |
| | ) | |
| v. | ) | FILED UNDER SEAL |
| | ) | |
| SHANECA J. MOSLEY, | ) | 42 U.S.C. § 408(a)(7)(B) |
| a/k/a "Shaneca J. Moseley," | ) | False Representation of Social |
| | ) | Security Number |
| Defendant. | ) | (Counts 1-3) |
| | ) | |
| | ) | 18 U.S.C. § 1014 |
| | ) | False Statement on Loan Application |
| | ) | (Count 4) |
| | ) | |
| | ) | 18 U.S.C. § 1028A |
| | ) | Aggravated Identity Theft |
| | ) | (Counts 5-7) |

INDICTMENT

August 2021 Term - At Newport News, Virginia

GENERAL ALLEGATIONS

1. From in or about 2018 through in or about 2021, in and around the Hampton Roads area, within the Eastern District of Virginia, SHANECA J. MOSLEY, also known as "Shaneca J. Moseley," the defendant herein, fraudulently acted to impersonate C.J., a resident of New Jersey, by using C.J.'s personal identifiers.

2. The fraudulent impersonation by the defendant included, without limitation:

    a. the defendant's use of C.J.'s identifiers, including C.J.'s Social Security Number (SSN) ending in 4691, in obtaining a leased apartment in Virginia Beach, in 2018;

    b. the defendant's use of C.J.'s identifiers in purchasing items and obtaining credit at Grand Furniture store in or around June 2019;

1

    c. the defendant's use of C.J.'s identifiers in falsely portraying that the defendant worked at Budget-Avis Rentals in or around June 2019;

    d. the defendant's use of C.J.'s identifiers in obtaining Cox cable service;

    e. the defendant's use of C.J.'s identifiers, including C.J.'s SSN ending in 4691, on or about January 16, 2020, to purchase a 2009 Mercedes Benz sport utility vehicle from Direct Motorsport of Virginia Beach, including financing obtained through Old Point National Bank, in Hampton, Virginia, insurance and vehicle registration; and

    f. the defendant's use of C.J.'s personal identifiers, including C.J.'s SSN ending in 4691, in the course of a January 21, 2020 Norfolk Police Department traffic stop.

3. The defendant incurred debt through the use of C.J.'s identifiers that resulted in credit problems for C.J. and an approximate loss exposure of over $27,000.

## COUNTS ONE THROUGH THREE

THE GRAND JURY CHARGES THAT:

1. The Grand Jury realleges and incorporates by reference the General Allegations section contained above as if fully set forth herein.

2. On or about the dates hereinafter set forth, in the Eastern District of Virginia, SHANECA J. MOSLEY, also known as "Shaneca J. Moseley," the defendant herein, did for the purpose of concealing her true Social Security Number and for the following other purposes, with the intent to deceive, falsely represent a number to be the Social Security Number assigned by the Commissioner of Social Security to her, when in truth and fact, as the defendant well knew, such number was not the Social Security Number assigned to her by the Commissioner of Social Security:

| Count | Date of Transaction (on or about) | Description/Purpose of Transaction |
|---|---|---|
| 1 | June 22, 2018 | The defendant used C.J.'s identifiers, including C.J.'s Social Security Number (SSN) ending in 4691, in applying for and obtaining a leased apartment in Virginia Beach, in 2018. |
| 2 | January 16, 2020 | The defendant used C.J.'s identifiers, including C.J.'s SSN ending in 4691, on or about January 16, 2020, to purchase a 2009 Mercedes Benz sport utility vehicle from Direct Motorsport of Virginia Beach, and to obtain vehicle financing, insurance and vehicle registration. |
| 3 | January 21, 2020 | The defendant used C.J.'s identifiers, including C.J.'s SSN ending in 4691, in the course of a January 21, 2020 Norfolk Police Department traffic stop wherein the defendant was a vehicle passenger. |

(In violation of Title 42, United States Code, Section 408(a)(7)(B)).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

1. The Grand Jury realleges and incorporates by reference the General Allegations section contained above, as if fully set forth herein.

2. On or about January 16, 2020, in the Eastern District of Virginia, SHANECA J. MOSLEY, also known as "Shaneca J. Moseley," the defendant herein, knowingly made the false statements for the purpose of influencing the action of Old Point National Bank, an institution whose accounts are insured by the Federal Deposit Insurance Corporation, in connection with the loan and credit application described herein, to wit: the defendant fraudulently impersonated victim C.J. and used C.J.'s personal identifiers in applying for and obtaining financing for the purchase of a 2009 Mercedes Benz sport utility vehicle from Direct Motorsport of Virginia Beach.

(In violation of Title 18, United States Code, Section 1014).

## COUNTS FIVE THROUGH SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

1. The Grand Jury realleges and incorporates by reference the General Allegation section contained above, as if fully set forth herein.

2. On or about the dates set forth herein, in the Eastern District of Virginia, SHANECA J. MOSLEY, also known as "Shaneca J. Moseley," the defendant herein, did unlawfully, knowingly and intentionally use, without lawful authority, a means of identification of another during and in relation to felony violations of a provision contained in section 208, 811, 1007(b), 1128B(a), or 1632 of the Social Security Act, to wit: the unlawful use of a Social Security Number, in violation of Title 42, United States Code, Section 408(a)(7)(B), and, as set forth specifically herein, of a provision contained in Chapter 47 of Title18, to wit: false statements in connection with loan application, in violation of Title 18, United States Code, Section 1014, all as charged in Counts One through Four of this Indictment:

| Count | Date of Transaction (on or about) | Means of Identification | Description/Purpose of Transaction | Felony Violation |
|---|---|---|---|---|
| 5 | June 22, 2018 | Personal identifiers, including Social Security Number ending 4691 assigned to C.J. | use of C.J.'s identifiers, including Social Security Number ending in 4691, in obtaining a leased apartment in Virginia Beach, in 2018 | 42 U.S.C. § 408(a)(7)(B) (ref. Count 1) |
| 6 | January 16, 2020 | Personal identifiers, including Social Security Number ending 4691 assigned to C.J. | use of C.J.'s identifiers, including Social Security Number ending in 4691, on or about January 16, 2020, to purchase a 2009 Mercedes | 42 U.S.C. § 408(a)(7)(B) (ref. Count 2)<br><br>18 U.S.C. § 1014 (ref. Count 4) |

5

| | | | Benz sport utility vehicle from Direct Motorsport of Virginia Beach, including financing, insurance and vehicle registration | |
|---|---|---|---|---|
| 7 | January 21, 2020 | Personal identifiers, including Social Security Number ending 4691 assigned to C.J. | use of C.J.'s personal identifiers, including Social Security Number ending in 4691 during course of January 21, 2020 Norfolk Police Department traffic stop | 42 U.S.C. § 408(a)(7)(B) (ref. Count 3) |

(In violation of Title 18, United States Code, Section 1028A(a)(1) and (c)).

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

United States v. Shaneca Mosley, 4:21cr 54

A TRUE BILL:
**REDACTED COPY**

_____
FOREPERSON

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: _____
Brian J. Samuels
Assistant United States Attorney
Virginia State Bar # 65898
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866

7